General Complaint



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Gregory Dewayne Tennyson

Case Number: 6:16CV1206 RWS/KNM

List the full name of each plaintiff in this action.

VS.

Bryce Hatton Sgt Smith County Deputy
Clayton Taylor Smith County Sheriff Deputy

Smith County Sheriff Department

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1.   Employ Counsel
      2.   Court - Appointed Counsel
      3.   Lawyer Referral Service of the State Bar of Texas,
           P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

   Cynthia Kent Tyler, TX 75702
   Stuckey + Garrigan Law Offices Nacogdoches, TX 75963

C. Results of the conference with counsel:

*No response*

*Cited prisoner litigation for not being able to take case*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes   \_\_X\_\_ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff_____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.
_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1 Gregory Devayne Tennyson

       Pla #2

    B.   List the full name of each defendant, their official position, place of employment and full mailing address.

       Dft #1: Bryce Hatton, Smith County Sheriff Deputy Sergent, Smith County Sheriff Department, 104 S. Spring Ave Tyler, TX 75702

       Dft #2: Smith County Sheriff Department 104 S. Spring Ave Tyler, TX 75702

       Dft #3 Clayton Taylor, Smith County Sheriff Deputy, Smith County Sheriff Department, 104 S. Spring Ave Tyler, TX 75702

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

① On Oct 25, 2015 Srgt Bryce Hatton of Smith County Sheriff Department did assault Gregory Dewayne Tennyson by Tazing him 2 times and striking him in the head with an unknown object, while he was handcuffed and unconscious. Smith County Sheriff Deputies Joshua Young, Clayton Taylor, Kevin Landoff all witnessed said assault and also Mineola Police officer Gerardo Rodrigues.

② On Oct 25, 2015 Clayton Taylor of Smith County Sheriff Department did conduct an illegal traffic stop and an unlawful arrest of the plaintiff with no evidence of wrongdoing or justification.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

The plaintiff ask the court to award the sum of $10,000,000 and for the Smith County Sheriff Department be investigated by the Texas Rangers, Attorney Generals Office and Justice Department and also for the termination of Bryce Hatton and that he be charged with aggrivated assault with a deadly weapon and oppression of justice.

Signed this __2__ day of __October__, 20 __16__.
(Month) (Year)

_Gregory Tennyson_
Gregory Tennyson

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __10-2-16__
Date

_[signature]_

Signature of each plaintiff

Mr. O'Toole

Mr. O'Toole, again I apologize for the untidiness of my paperwork. My name is Gregory Tennyson and I am haveing serious problems sending and recieving mail in the Smith County Jail. I was sent the proper paper work to refile this suit without the mistakes but the mail was returned to the sender by the jail. That is also the reason why I send out all mail to your office under another name. None of the mail that I recieve from your office is ever tampered with, so if it would be better for me to redo this paperwork again I will do so with no problem if you will send me the proper forms. Also I have been denied access to the law library and this has been going on for almost a year straight. I have saved all the denied request that I have submitted and short of filing another lawsuit I don't know what to do and to be honest I would rather not waste the courts time and money persuing it. I would rather spend my time trying to regain my freedom but I need access to the law library and the jail simply refuses me. Is there any resolution that you could recommend? Also I would like to state that I am not alone in this problem, they deny everyone. So if it would be better for me to refile this suit could you please send me the forms and I will refile them. Also I still have a case pending in state court connected to the present suits. I would like to file a mandamus concerning a ruling made during my trial. If at all possible could you send me the proper forms so that I may do so. Thank you.

Gregory Tennyson
206 E. Elm
Tyler, TX 75708

Gregory Tennyson
10-2-16

6:16cv1206
RWS/KNM

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS Gregory Dewayne Tennyson | DEFENDANTS [struck through], Bryce Hatton, Clayton Taylor, Smith County Sheriff Office |
|---|---|
| (b) County of Residence of First Listed Plaintiff **Smith** <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Smith** <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☒ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **320, 440**

Brief description of cause: Assault and illegal arrest and detainment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **$10,000,000**

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Thomas Dalton
3616 E. Elm St
Tyler, TX 75702

SMITH COUNTY
INMATE MAIL

SMITH COUNTY
INMATE MAIL

SMITH COUNTY
INMATE MAIL

David A. O'Toole Clerk of Court
211 W. Ferguson St
Tyler, TX 75702


